# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Civil Action No.: 13-1757**
Date Filed: 3/15/13

--------------------------------------------------------------------------------**X**

**YORKSHIRE TOWERS COMPANY, L.P.** and
**YORKSHIRE TOWERS TENANTS ASSOCIATION,**

Plaintiffs,

**UNITED STATES DEPARTMENT OF TRANSPORTATION,
RAY LAHOOD,** in his capacity as Secretary of the United States
Department of Transportation, **FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF,** in his capacity as
Administrator of the Federal Transit Administration,
**METROPOLITAN TRANSPORTATION AUTHORITY,**
FERNANDO J. FERRER, in his capacity as Acting Chairman of
the Metropolitan Transportation Authority, **NEW YORK CITY
TRANSIT AUTHORITY, THOMAS F. PRENDERGAST, JR.,**
in his capacity as the President of the New York City Transit Authority
and **METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,
MICHAEL HORODNICEANU,** in his capacity as President of the
Metropolitan Transportation Authority Capital Construction Company,

Defendants.
--------------------------------------------------------------------------------**X**

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, March 18, 2013, at 4:16 P.M. deponent **served** the within **Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Rules** and **Practices in Civil Cases Jesse M. Furman U.S.D. Judge and Electronic Case Filings Rules** and **Instructions.**

Upon:  **Federal Transit Administration, Peter M. Rogoff,** in his capacity as Administrator of the
Federal Transit Administration
Located at:  86 Chambers Street, New York, New York 10007

### Government Agency Service:

by delivering there at a true copy of the aforesaid documents to **Federal Transit Administration, Peter M. Rogoff,** in his capacity as Administrator of the Federal Transit Administration personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **John Ricciardelli** – Process Service Clerk. John Ricciardelli said he is authorized to receive service of process for Federal Transit Administration, Peter M. Rogoff, in his capacity as Administrator of the Federal Transit Administration

John Ricciardelli's Description: Caucasian, White Skin, Male, White Hair, Glasses, 60 Years Old, 5' 7" and 180 Lbs.

**Corey Guskin**

License # 1094475

Sworn to before me this 19th day of March, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014