# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 13-1757<br>Date Filed: 3/15/13 |

------------------------------------------------------------------X

YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                                         Plaintiffs,

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

UNITED STATES DEPARTMENT OF TRANSPORTATION,
**RAY LAHOOD,** in his capacity as Secretary of the United States Department of Transportation, **FEDERAL TRANSIT ADMINISTRATION, PETER M. ROGOFF,** in his capacity as Administrator of the Federal Transit Administration,
**METROPOLITAN TRANSPORTATION AUTHORITY,**
FERNANDO J. FERRER, in his capacity as Acting Chairman of the Metropolitan Transportation Authority, **NEW YORK CITY TRANSIT AUTHORITY, THOMAS F. PRENDERGAST, JR.,**
in his capacity as the President of the New York City Transit Authority and **METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY,**
**MICHAEL HORODNICEANU,** in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company,

                                          Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, March 18, 2013, at 3:00 P.M. deponent **served** the within **Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Rules** and **Practices in Civil Cases Jesse M. Furman U.S.D. Judge and Electronic Case Filings Rules** and **Instructions.**

Upon:         The Metropolitan Transportation Authority         Tel. (212) 340-3000
Located at:    347 Madison Avenue, New York, New York 10017-3739

### Government Agency Service:

by delivering there at a true copy of the aforesaid documents to **The Metropolitan Transportation Authority** personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **Ann Cutler** – Legal Assistant in the M.T.A.'s General Counsel's Office. Ann Cutler said she is authorized to receive service of process for The Metropolitan Transportation Authority.

Ann Cutler's Description: Caucasian, White Skin, Female, Blonde Hair, 60 Years Old, 5' 5", 140 Lbs and Wears Glasses.

                                                      Corey Guskin

                                                      License # 1094475

Sworn to before me this 19th day of March, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014