UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY LP and
YORKSHIRE TOWERS TENANTS
ASSOCIATION,

                              Plaintiffs,        **AFFIDAVIT OF SERVICE**

    -against-

UNITED STATES DEPARTMENT OF         **Case No.13 CIV 1757**
TRANSPORTATION, RAY LAHOOD, in his capacity
as Secretary of the United States Department of
Transportation, FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his
capacity as Administrator of the Federal Transit
Administration, METROPOLITAN
TRANSPORTATION AUTHORITY, FERNANDO J.
FERRER, in his capacity as Acting Chairman of the
Metropolitan Transportation Authority, NEW YORK
CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as the
President of the New York City Transit Authority and
METROPOLITAN TRANSPORTATION
AUTHORITY CAPITAL CONSTRUCTION
COMPANY, MICHAEL HORODNICEANU, in his
capacity as President of the Metropolitan
Transportation Authority Capital Construction
Company,

                              Defendants.
------------------------------------------------------------x

       DONALD FLYNN, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

       On the 19th day of March 2013, deponent served a true copy of a Summons in a Civil Action, a Complaint, Rule 7.1 Statement, Individual Rules and Practices in Civil Cases, Jesse M. Furman, United States District Judge, and Electronic Case Filing Rules & Instructions by serving the following individuals via Certified Mail, Return Receipt Requested with the U.S. Postal Service within the State of New York:

nydocs1-1006701.1

Mr. Ray LaHood
Secretary
U.S. Department of Transportation
Federal Transit Administration
East Building
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Mr. Chris Van Wyck
Office of Chief Counsel
U.S. Department of Transportation
Federal Transit Administration
East Building
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Mr. Peter M. Rogoff, Administrator
Federal Transit Administration
East Building
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Mr. Chris Van Wyck
Office of Chief Counsel
Federal Transit Administration
East Building
1200 New Jersey Avenue, S.E.
Washington, DC 20590

_____
DONALD FLYNN

Sworn to before me on this
20th day of March, 2013

_____
Notary Public

KATHLEEN M. O'NEILL
Notary Public, State of New York
No. 01ON-4687093
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 30, 2013

nydocs1-1006701.1