UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                      Plaintiffs,

           -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in his capacity
as Secretary of the United States Department of
Transportation, THE FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his
capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, FERNANDO J.
FERRER, in his capacity as Acting Chairman of the
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as the President of
the New York City Transit Authority and
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of the
Metropolitan Transportation Authority Capital
Construction Company,

                      Defendants.
------------------------------------------------------------------x

13 – CV - _____

**RULE 7.1 STATEMENT**

RECEIVED
MAR 15 2013
U.S.D.C.
CASHIERS

        Pursuant to Federal Rule of Civil Procedure 7.1, Yorkshire Towers Company, L.P.,

a New York limited partnership, states that it has no parent company and is not publicly held by

any corporation.  Yorkshire Towers Tenants Association, a voluntary unincorporated association

existing under the laws of the State of New York, states that it has no parent company and is not

publicly held.

Dated:   New York, New York
         March 15, 2013

                              CECCARELLI WEPRIN PLLC

                              By:

                              Joseph J. Ceccarelli
                              Joseph P. Leon
                              Two Wall Street
                              New York, New York 10005
                              (212) 227-4848
                              jceccarelli@cecwep.com


                              Jeffrey E. Glen
                              Rene F. Hertzog
                              ANDERSON KILL & OLICK, P.C.
                              1251 Avenue of the Americas
                              New York, New York 10020
                              (212) 278-1000
                              jglen@andersonkill.com
                              rhertzog@andersonkill.com

                              Attorneys for Plaintiffs
                              *Yorkshire Towers Company L.P.*
                              *and Yorkshire Towers Tenants*
                              *Association*