# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Civil Action No.: 13-1757**
Date Filed: 3/15/13

-------------------------------------------------------------------------**X**

**YORKSHIRE TOWERS COMPANY, L.P.** and
**YORKSHIRE TOWERS TENANTS ASSOCIATION,**

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

Plaintiffs,

**UNITED STATES DEPARTMENT OF TRANSPORTATION,
RAY LAHOOD,** in his capacity as Secretary of the United States
Department of Transportation, **FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF,** in his capacity as
Administrator of the Federal Transit Administration,
**METROPOLITAN TRANSPORTATION AUTHORITY,**
FERNANDO J. FERRER, in his capacity as Acting Chairman of
the Metropolitan Transportation Authority, **NEW YORK CITY
TRANSIT AUTHORITY, THOMAS F. PRENDERGAST, JR.,**
in his capacity as the President of the New York City Transit Authority
and **METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,
MICHAEL HORODNICEANU,** in his capacity as President of the
Metropolitan Transportation Authority Capital Construction Company,

Defendants.

-------------------------------------------------------------------------**X**

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, March 21, 2013, at 9:15 A.M. deponent **served** the within **Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Rules** and **Practices in Civil Cases Jesse M. Furman U.S.D. Judge and Electronic Case Filings Rules** and **Instructions.**

Upon:        **United States Department of Transportation**        Phone: (212)637-2800
Located at:   c/o United States Attorney's Office for the Southern District of New York, 86 Chambers Street,
             3rd Floor, New York, New York 10007

### Government Agency Service:

by delivering there at a true copy of the aforesaid documents to **United States Department of Transportation** c/o United States Attorney's Office for the Southern District of New York, personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **Karen Brown** – Process Service Clerk. Karen Brown said she is authorized to receive service of process for United States Department of Transportation c/o United States Attorney's Office for the Southern District of New York.

Karen Brown's Description: African American, Black Skin, Female, Black Hair, Glasses, Seated, 31 Years Old, 5' 6" and 120 Lbs.

**Corey Guskin**

License # 1094475

Sworn to before me this 22nd day of March, 2013

Notary Public

**JOAN GUSKIN**
**Notary Public, State of New York**
**No. 01GU6230103**
**Qualified in Nassau County**
**Commission Expires November 1, 2014**