## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 13-1757<br>Date Filed: 3/15/13 |

---------------------------------------------------------------------------------X

YORKSHIRE TOWERS COMPANY, L.P. and
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                                        Plaintiffs,

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

UNITED STATES DEPARTMENT OF TRANSPORTATION,
**RAY LAHOOD,** in his capacity as Secretary of the United States
Department of Transportation, **FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF,** in his capacity as
Administrator of the Federal Transit Administration,
**METROPOLITAN TRANSPORTATION AUTHORITY,**
FERNANDO J. FERRER, in his capacity as Acting Chairman of
the Metropolitan Transportation Authority, **NEW YORK CITY
TRANSIT AUTHORITY, THOMAS F. PRENDERGAST, JR.,**
in his capacity as the President of the New York City Transit Authority
and **METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,**
**MICHAEL HORODNICEANU,** in his capacity as President of the
Metropolitan Transportation Authority Capital Construction Company,

                                          Defendants.
---------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, March 21, 2013, at 9:15 A.M. deponent **served** the within **Summons in a Civil Action, Complaint, Rule 7.1 Statement, Individual Rules and Practices in Civil Cases Jesse M. Furman U.S.D. Judge and Electronic Case Filings Rules** and **Instructions.**

| | |
|---|---|
| Upon: | **Ray LaHood** in his capacity as Secretary of the United States Department of Transportation |
| Located at: | c/o United States Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York 10007    Phone: (212)637-2800 |

### Government Agency Service:

by delivering there at a true copy of the aforesaid documents to **Ray LaHood** in his capacity as Secretary of the United States Department of Transportation, c/o United States Attorney's Office for the Southern District of New York, personally. Deponent knew said government agency so served to be the government agency described in said summons in a civil action as said defendant and knew said individual to be **Karen Brown** – Process Service Clerk. Karen Brown said she is authorized to receive service of process for **Ray LaHood** in his capacity as Secretary of the United States Department of Transportation, c/o United States Attorney's Office for the Southern District of New York.

Karen Brown's Description: African American, Black Skin, Female, Black Hair, Glasses, Seated, 31 Years Old, 5' 6" and 120 Lbs.

                                                                       Corey Guskin
                                                                       License # 1094475

Sworn to before me this 22nd day of March, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 1, 2014