UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
YORKSHIRE TOWERS COMPANY L.P., and : 
YORKSHIRE TOWERS TENANTS ASSOCIATION, :     Case No. 13 CIV 1757
                                    :
                        Plaintiffs, :     NOTICE OF
                                    :     APPEARANCE
    -against-                       :
                                    :
UNITED STATES DEPARTMENT OF         :
TRANSPORTATION, et al.,             :
                                    :
                        Defendants. :
------------------------------------------------------------------- x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that my law firm Bryan Cave LLP is entering a notice of appearance on behalf of defendants: Metropolitan Transportation Authority; Fernando J. Ferrer in his capacity as its acting chairman; New York City Transit Authority; Thomas F. Predergast, Jr. in his capacity as its president; Metropolitan Transportation Authority Capital Construction Company; and Michael Horodniceanu in his capacity as its president (collectively, the "MTA Defendants").

Henceforth, all papers served in this action should be served upon Bryan Cave LLP to my attention at the address and email addresses set forth below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
March 29, 2013

Yours, etc.

BRYAN CAVE LLP

By: /s/ Philip E. Karmel
Philip E. Karmel (pekarmel@bryancave.com)
J. Kevin Healy (jkhealy@bryancave.com)
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1413
*Attorneys for the MTA Defendants*

1723183.1