UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and        13- CV-1757 (JAF)
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                      Plaintiffs,        ECF Case

    -against-

UNITED STATES DEPARTMENT OF                STIPULATION FOR
TRANSPORTATION, RAY LAHOOD, in his         SUBSTITUTION OF
capacity as Secretary of the United States  COUNSEL
Department of Transportation, FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his
capacity as Administrator of the Federal Transit
Administration, METROPOLITAN
TRANSPORTATION AUTHORITY, FERNANDO J.
FERRER, in his capacity as Acting Chairman of the
Metropolitan Transportation Authority, NEW YORK
CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as the
President of the New York City Transit Authority and
METROPOLITAN TRANSPORTATION
AUTHORITY CAPITAL CONSTRUCTION
COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of
the Metropolitan Transportation Authority Capital
Construction Company,

                      Defendants.
-----------------------------------------------------------------x

> USDSNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/16/13

Plaintiffs YORKSHIRE TOWERS COMPANY, L.P. and YORKSHIRE TOWERS TENANTS ASSOCIATION hereby stipulate that ANDERSON KILL & OLICK, P.C., JEFFREY E. GLEN, and RENE F. HERTZOG, who have appeared herein as co-counsel for Plaintiffs, are relieved as counsel for Plaintiffs, and that existing co-counsel for Plaintiffs Joseph J. Ceccarelli, and the firm of Ceccarelli Weprin PLLC shall continue as counsel for Plaintiffs in their place and stead.

nydocs1-1006895.1

Consented to:

YORKSHIRE TOWERS COMPANY, L.P.

By: _____   Dated: April ___, 2013

Its _____


YORKSHIRE TOWERS TENANTS ASSOCIATION

By: *[signature]*   Dated: April _15_, 2013

Its: _President_


ANDERSON KILL & OLICK, P.C.

By: *[signature]*   Dated: April _15_, 2013
JEFFREY E. GLEN, Shareholder

*[signature]*   Dated: April _15_, 2013
JEFFREY E. GLEN

*[signature]* (JEG)   Dated: April ___, 2013
RENE F. HERTZOG.


CECCARELLI WEPRIN PLLC

By: *[signature]*   Dated: April _15_, 2013
JOSEPH J. CECCARELLI, Partner

*[signature]*   Dated: April _15_, 2013
JOSEPH CECCARELLI


SO ORDERED:

_____   Dated: _____, 2013
Hon. JESSE A. FURMAN, U.S.D.J.


nydocs1-1006895.1

Consented to:

YORKSHIRE TOWERS COMPANY, L.P., *Schneider & Schneider, Inc. As Agents*

By: _[signature]_ Dated: April 15, 2013

Its _DONNA M. ZAVATTERI_
_Executive Vice President_

YORKSHIRE TOWERS TENANTS ASSOCIATION

By: _____ Dated: April ____, 2013

Its: _____

ANDERSON KILL & OLICK, P.C.

By: _[signature]_ Dated: April 15, 2013
JEFFREY E. GLEN, Shareholder

_[signature]_ Dated: April 15, 2013
JEFFREY E. GLEN,

_[signature]_ (JEG) Dated: April 15, 2013
RENE F. HERTZOG.

CECCARELLI WEPRIN PLLC

By:_____ Dated: April_____, 2013
    JOSEPH J. CECCARELLI, Partner

_____ Dated: April_____, 2013
JOSEPH CECCARELLI

SO ORDERED:

_[signature]_ Dated: April 16, 2013
Hon. JESSE A. FURMAN, U.S.D.J.

nydocs1-1006895.1