# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com



Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

April 15, 2013

Hon. Jesse A. Furman
United States District Judge
U.S. District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    Yorkshire Towers Company L.P. et ano. v. U.S. Department of
             Transportation et al., 13-CV 1757

Dear Judge Furman:

    Anderson Kill & Olick P.C. ("AKO") are presently co-counsel for plaintiffs in the above-captioned action together with the firm of Ceccarelli Weprin PLLC. AKO is unable to continue to represent plaintiffs due to a conflict, and plaintiffs, and the Ceccarelli firm, have consented to have the Ceccarelli firm substituted for AKO effective immediately. Copies of the executed stipulation of substitution are attached.

    At present, this case is in the following posture. On or about April 8, 2013, plaintiffs served and filed an Amended Complaint. On information and belief, no defendant has yet responded to the Amended Complaint, and defendants' time to move or answer will not expire before April 29, 2013. Therefore there can be no prejudice to any party, and we respectfully submit no impact on the Court's processes, from the substitution.

    Therefore I respectfully request that the Court "So Order" the stipulation of substitution. Because AKO's representation in another highly time sensitive matter cannot commence until AKO is formally relieved in this action, I further respectfully request that the Court consider this application at its earliest convenience.

    On Friday, April 12, 2013, I spoke with Jennifer Bennett, law clerk to the Court, to inform her of the proposed application, and she stated that we could provide the papers to the Court via e-mail. I am of course available if the Court has any questions or wishes to have AKO appear in person to discuss the requested relief.

                                                       Sincerely yours,

                                                       Jeffrey E. Glen

cc:    Joseph J. Ceccarellli (by email)