UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY, L.P. and        13 - CV - 1757 (JMF)
YORKSHIRE TOWERS TENANTS ASSOCIATION,

                              Plaintiffs,        ECF Case

      -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD, in his capacity
as Secretary of the United States Department of
Transportation, FEDERAL TRANSIT
ADMINISTRATION, PETER M. ROGOFF, in his
capacity as Administrator of the Federal Transit
Administration, METROPOLITAN
TRANSPORTATION AUTHORITY, FERNANDO J.
FERRER, in his capacity as Acting Chairman of the
Metropolitan Transportation Authority, NEW YORK
CITY TRANSIT AUTHORITY, THOMAS F.
PRENDERGAST, JR., in his capacity as the President of
the New York City Transit Authority and
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY, MICHAEL
HORODNICEANU, in his capacity as President of
the Metropolitan Transportation Authority Capital
Construction Company,

                              Defendants.

------------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF MOTION
## FOR A PRELIMINARY INJUNCTION

      PLEASE TAKE NOTICE that, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs will move this Court before the Honorable Jesse M. Furman at the United States Court House, 500 Pearl Street, Courtroom 1105, New York, New York, on a date and time to be determined by the Court preliminarily enjoining the Defendants, their employees, agents and contractors from taking any steps or actions to commence, accelerate, or proceed with a limited portion of phase one of the four phases of the Second Avenue Subway project ("SAS")

(less than 1% order of magnitude of total phase one costs) (the "Limited Portion") pertaining to, or in furtherance of the construction of the north entrance to the 86th Street station, consisting of two entrances with two escalators each with planned siting midblock in the north sidewalk of 86th Street east of Second Avenue (the "Proposed Action"), without suspension of the far greater project activities not directly affected,

Plaintiffs allege that, in violation of the National Environmental Policy Act, 42 U.S.C. §§ 4321, *et seq.* ("NEPA"), the Council of Environmental Quality implementing NEPA regulations under 40 C.F.R. 1500.1 *et seq.* and United States Department of Transportation implementing NEPA regulation governing the issuance of a limited scope Supplemental Environmental Impact Statement ("Limited Scope SEIS")  under subparagraphs (a)(2), (f)(3) of 23 C.F.R. 771.130, as codified under 23 U.S.C. § 139(l) (2) for public transportation capital projects, and the Administrative Procedure Act, 5 U.S.C. § 706, Defendants have failed to evaluate significant new information and circumstances regarding the Proposed Action that directly involve serious safety hazards in seven distinct categories, an additional seven related areas of conflicts with local law and requirements, and improvements advanced by the 86th Street Community's design team bearing on the  Proposed Action that resolve them.

For these and other reasons, the entire Coalition of Upper East Side Elected Officials,  led by United States Congresswoman Carolyn B. Maloney, have not only opposed the Defendants' Proposed Action, but have unanimously supported the improvements to the Proposed Action that resolve the safety hazards and related violations of local law and requirements as a "win-win" for the 86th Street Community and the Defendants.  Defendants' continuing delay and inaction in fully evaluating these adverse impacts in accordance with a Limited Scope SEIS will result in irreparable injury to the environment and harms the public interest.

The issuance of preliminary injunction narrowly tailored to the Limited Portion serves to preserve the *status quo* pending the determination of the merits of this action for the issuance of a Limited Scope SEIS and related relief, and would not delay the latest projected completion date for entire Phase One of the SAS more than three and one-half year's away in December 2016.

In support of their motion, Plaintiffs submit the accompanying Memorandum of Law, declarations and exhibits.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) papers in opposition, if any, must be served 14 days after service of the moving papers, or at such other time as the court directs.

Dated:  New York, New York
        April 18, 2013

                                        CECCARELLI WEPRIN PLLC

                                        By:  _____
                                              Joseph J. Ceccarelli
                                              Two Wall Street
                                              New York, New York 10005
                                              (212) 227-4848
                                              jceccarelli@cecwep.com

                                              Attorneys for Plaintiffs
                                              *Yorkshire Towers Company L.P. and*
                                              *Yorkshire Towers Tenants Association*

To:    Preet Bharara
United States Attorney for the
Southern District of New York
Attn: Joseph Anthony Pantoja, A.U.S.A.
United States Attorney's Office
86 Chambers Street
New York, New York 10007
(212) 637-2200

*Attorneys for Federal Defendants*

Philip Elias Karmel, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for MTA Defendants*