UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
YORKSHIRE TOWERS COMPANY L.P. and   Case No. 13 - CIV - 1757 (JMF)
YORKSHIRE TOWERS TENANTS ASSOCIATION,

       ECF Case

       Plaintiffs,

   -against-

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

       Defendants.
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    Joseph J. Ceccarelli, an attorney of record for Plaintiffs in this case certifies the following:

    1. On April 18, 2013, I electronically filed Plaintiffs' Notice of Motion for a Preliminary Injunction with Declarations of Edward L. Cohen, Peter S. Schneidkraut, Jerome M. Lutin, Ingo H.R. Fox, William J. Struth, Angelo J. Grima, and Doron Gopstein, Exhibits 1 through 55, and Oversized Exhibits 2, 4-5, 31, 33-34, and 37 in Support, upon the attorneys for the MTA Defendants (*Metropolitan Transportation Authority, Fernando J. Ferrer, in his capacity as Acting Chairman of the Metropolitan Transportation Authority, New York City Transit Authority, Thomas F. Prendergast, Jr., in his capacity as President of the New York City Transit Authority, Metropolitan Transportation Authority Capital Construction Company, and Michael Horodniceanu, in his capacity as President of the Metropolitan Transportation Authority Capital Construction Company*), with the Clerk of the Court using the CM/ECF System, providing notification to counsel of record for the MTA Defendants registered with the system; and

2.  On April 19, 2013, I caused to be served a complete set of the same moving papers upon Preet Bharara, United States Attorney for the Southern District of New York, Attn: Joseph A. Pantoja, Assistant United States Attorney, attorneys for the Federal Defendants (*United States Department of Transportation, Ray LaHood in his capacity as Secretary of the United States Department of Transportation, Federal Transit Administration, and Peter M. Rogoff in his capacity as Administrator of the Federal Transit Administration*), by Federal Express overnight delivery, to the following address:

>Preet Bharara
>U.S. Attorneys Office
>86 Chambers Street
>Attn: Joseph Anthony Pantoja, AUSA
>New York, New York 10007

>s/ Joseph J. Ceccarelli
>Joseph J. Ceccarelli
>Two Wall Street
>New York, New York 10005
>(212) 227-4848
>jceccarelli@cecwep.com