UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YORKSHIRE TOWERS COMPANY L.P., *et ano.* : 13 CIV 1757 (JMF)

        *Plaintiffs*,

   - against -          **NOTICE OF MTA DEFENDANTS'
MOTION TO DISMISS**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

        *Defendants*.

------------------------------------------------------------x

    PLEASE TAKE NOTICE that defendants Metropolitan Transportation Authority, Fernando J. Ferrer in his capacity as its Acting Chairman, New York City Transit Authority, Thomas F. Prendergast in his capacity as its President, Metropolitan Transportation Authority Capital Construction Company and Michael Horodniceanu in his capacity as its President (collectively, the "MTA Defendants"), upon the Amended Complaint, the annexed Declaration of Philip E. Karmel and the exhibits thereto, and the Memorandum of Law submitted herewith, will move this Court before the Hon. Jesse M. Furman at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Amended Complaint on the ground that it is barred by the doctrines of *res judicata* and collateral estoppel as a result of the preclusive effect of the judgment entered by this Court in Yorkshire Towers Co. v. U.S. Depart. of Transp., 11 Civ. 1058, 2011 WL 6003959 (S.D.N.Y. Dec. 1, 2011), is barred by the applicable statute of limitations, fails to state a claim upon which relief can

be granted under the National Environmental Policy Act and its implementing regulations, and is barred by the doctrine of waiver, and granting defendants such further and additional relief as the Court may deem just and equitable.

Pursuant to Local Rule 6.1(b), papers in opposition to this motion must be served 14 days after service of the moving papers, or at such other time as required by the Court.

Dated: New York, New York
April 22, 2013

Yours, etc.

BRYAN CAVE LLP

By: _____
Philip E. Karmel (pekarmel@bryancave.com)
J. Kevin Healy (jkhealy@bryancave.com)
1290 Avenues of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000

/s/
_____
Gordon J. Johnson (gojohnso@mtahq.org)
Deputy General Counsel
Metropolitan Transportation Authority
347 Madison Avenue – 9th Fl.
New York, NY 10017
Telephone: 212-878-4633

/s/
_____
John C. Abili (jabili@mtacc.info)
Deputy General Counsel
MTA Capital Construction
2 Broadway – 8th Floor
New York, NY 10004
Telephone: 646-252-3239

*Attorneys for the MTA Defendants*

2

TO:   Joseph J. Ceccarelli, Esq.
      Ceccarelli Weprin PLLC
      Two Wall Street
      New York, New York  10005
      *Attorneys for Plaintiffs*

      Preet Bharara
      United States Attorney for the Southern District of New York
      By: Joseph A. Pantoja
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      *Attorney for the Federal Defendants*