```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YORKSHIRE TOWERS COMPANY, et al,            :
:
                   Plaintiffs,          :      13 Civ. 1757 (JMF)
:
     -v-                                     :      ORDER
:
UNITED STATES DEPARTMENT OF                 :
TRANSPORTATION, et al,                      :
:
                  Defendants.          :
:
------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      It is hereby ORDERED that counsel for all parties appear for a conference with the Court to discuss Plaintiff's Motion for a Preliminary Injunction on **April 24, 2013** at **11:15 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: April 22, 2013
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge